TYNDALE PALMER, Respondent, *v.* THE NEW YORK NEWS PUBLISHING COMPANY, Appellant.

*Palmer* v. *N. Y. News Publishing Co.*, 31 App. Div. 210, appeal dismissed. (Argued January 9, 1899; decided January 17, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the grounds that the action was an action for damages for libel, that the decision of the Appellate Division was unanimous, and that no appeal has been allowed by the Appellate Division or by a judge of the Court of Appeals.

*Tracy, Boardman & Platt* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.

---

In the Matter of the Application of AUGUST BECK, Appellant, for a Peremptory Writ of Mandamus against THE BOARD OF SUPERVISORS of the County of Erie, Respondent.

(Submitted January 9, 1899; decided January 17, 1899.)

Motion for reargument denied, with ten dollars costs. (See 157 N. Y. 151.)